# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Sheila Finnegan |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6125 | **DATE** | 11/14/2011 |
| **CASE TITLE** | EEOC vs. Bank of America | | |

**DOCKET ENTRY TEXT**

Magistrate Judge motion hearing held on 11/8/2011 regarding EEOC's Motion for Order to Show Cause Why an Administrative Subpoena Should not be Enforced (6). With respect to Request No. 2 of the administrative subpoena, the motion is granted and Respondent is ordered to comply; however, the Respondent must be given written notice and an opportunity to respond within 30 days in the event that the EEOC concludes that it may properly provide these materials to the charging party or make them public in a litigation, or in the event that the charging party contests a decision by the EEOC to withhold the materials.

■[ For further details see text below.]

Mailed notice.
*Copy to judge/magistrate judge.

**STATEMENT**

Therefore, the EEOC is ordered to provide Respondent with written notice in the event that the charging party requests her administrative file and EEOC decides to produce the materials produced by Respondent in response to Request No. 2 or the charging party challenges any decision by the EEOC to withhold these materials, and allow Respondent 30 days to respond before taking any action. In addition, in the event that the EEOC files litigation against Respondent, the EEOC is ordered to allow Respondent an opportunity to file a motion for a protective order covering these materials before EEOC may make the materials public.

If written notice as required above is necessary, it shall be sent to the "Office of the General Counsel, Bank of America, Mail Code: NC1-007-57-25, Bank of America Corporate Center, 100 North Tryon Street, Charlotte, North Carolina 28255-0001" and Respondent's attorneys of record at Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105.

| | Courtroom Deputy Initials: | IS |
|---|---|---|